# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OCTAVIA A. | : | CIVIL ACTION |
| | : | NO. 18-1942 |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF | : | |
| PHILADELPHIA | : | |

## ORDER

AND NOW, this 2nd day of **April 2019**, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11), Defendant's Response thereto (ECF No. 12), and Plaintiff's Reply in support of its Motion for Judgment on the Pleadings (ECF No. 13), it is hereby **ORDERED** and **DECREED** Plaintiff's Motion for Judgment on the Pleadings is **GRANTED**. The Court holds that Plaintiff is entitled to reasonable attorney's fees incurred in both the administrative and federal enforcement actions under the terms of the agreement between the parties. The case shall be assigned to the Eastern District of Pennsylvania's compulsory arbitration program to determine the amount of attorney's fees to which Octavia A. is entitled under the agreement.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE